John Edward SWINDLER *v.* STATE of Arkansas

CR 79-116                                            613 S.W. 2d 91

Supreme Court of Arkansas
March 18, 1981

*Lessenberry & Carpenter*, by: *Thomas M. Carpenter* and *Charles L. Carpenter*, for petitioner.

*Steve Clark*, Atty. Gen., by: *Victra L. Fewell*, Asst. Atty. Gen., for appellee.

PER CURIAM. Petition for stay of execution granted until the further order of this court.

ADKISSON, C.J., and HICKMAN, J., would deny this petition and would expedite a final determination of Petition under Rule 37.